UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROGELIO NAVA, | ) | NO. CV 21-7413-RGK (AGR) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| MENTAL HEALTH COURTHOUSE, LOS ANGELES COUNTY, | ) | |
| Defendant. | ) | |

Pursuant to the Order Dismissing Complaint Without Leave to Amend,

IT IS ADJUDGED that the Complaint is dismissed without leave to amend and judgment is entered dismissing the action.

DATED: October 5, 2021

_____
R. GARY KLAUSNER
United States District Judge